IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
NIVEA OQUENDO                   :    CIVIL ACTION
                                :
     v.                         :
                                :
NCO FINANCIAL SYSTEMS, INC.     :    NO. 12-6991
```

ORDER

AND NOW, this 2nd day of October, 2013, whereas the original record of this case was received from the District of Maryland and filed on December 13, 2012, and whereas the Court granted the plaintiff's motion to proceed in forma pauperis on January 8, 2013; and whereas on that date a summons was issued as to NCO Financial Systems, Inc., and forwarded to the United States Marshal; and whereas the summons was returned unexecuted on July 23, 2013, because the United States Marshal's 285 forms were not submitted, IT IS HEREBY ORDERED that this case is DISMISSED without prejudice for failure to prosecute.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.